# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# WESTERN DIVISION

| | |
|---|---|
| **EMANUEL CROOM,** | }<br>}<br>} |
| **Plaintiff,** | }<br>} |
| v. | }    Case No.: 7:21-cv-00318-RDP<br>} |
| **ARD LOGISTICS-ALABAMA LLC,** | }<br>} |
| **Defendant.** | } |

## ORDER OF DISMISSAL

In accordance with the parties' Joint Stipulation of Dismissal (Doc. # 18), filed November 15, 2021, the court hereby **ORDERS** that this action shall be, and is, **DISMISSED WITH PREJUDICE**. The parties are to bear their own costs, expenses, and attorney's fees.

**DONE** and **ORDERED** this November 16, 2021.

_____
**R. DAVID PROCTOR**
UNITED STATES DISTRICT JUDGE